171 A.3d 1252

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ADRIAN C. HICKEN, DEFENDANT–PETITIONER.

C–184 Sept.Term 2017
079206

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003675–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

171 A.3d 1253

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAVID
ARISTE, A/K/A D–BRIM, DEFENDANT–PETITIONER.

C–185 Sept. Term 2017
079286

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001892–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.